# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Emerald Allen,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Gatestone & Company International Incorporated,<br><br>　　　　　　Defendant. | No. CV-14-02210-PHX-DJH<br><br>**ORDER** |

Having considered the parties' Stipulation for Dismissal With Prejudice (Doc. 15), filed February 27, 2015,

**IT IS ORDERED** that the parties' Stipulation for Dismissal With Prejudice (Doc. 15), is **GRANTED** and that this action is **DISMISSED with prejudice** with each party to bear its own attorneys' fees and costs.

**IT IS FINALLY ORDERED** that the Clerk of Court shall **TERMINATE** this action.

Dated this 27th day of February, 2015.

_____
Honorable Diane J. Humetewa
United States District Judge